IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 2:19-cv-00259 |
| | § | |
| v. | § | |
| | § | PATENT CASE |
| SAMSUNG ELECTRONICS AMERICA, INC. | § | |
| and SAMSUNG ELECTRONICS CO. LTD., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| | § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Uniloc 2017 LLC files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

The parent of Uniloc 2017 LLC is CF Uniloc Holdings LLC.

No publicly-held corporation owns ten percent (10%) or more of the stock of Uniloc 2017 LLC.

Date: July 31, 2019                          Respectfully submitted,

                                            */s/ Edward R. Nelson III*
                                            Paul J. Hayes (Lead Attorney)
                                            Massachusetts State Bar No. 227000
                                            Kevin Gannon
                                            Massachusetts State Bar No. 640931
                                            Aaron Jacobs
                                            Massachusetts State Bar No. 677545
                                            Michael Ercolini
                                            New York State Bar No. 5029905
                                            **PRINCE LOBEL TYE LLP**
                                            One International Place, Suite 3700
                                            Boston, MA 02110
                                            Tel: (617) 456-8000
                                            Fax: (617) 456-8100
                                            Email: phayes@princelobel.com
                                            Email: kgannon@princelobel.com
                                            Email: ajacobs@princelobel.com
                                            Email: mercolini@princelobel.com

                                            Edward R. Nelson III
                                            ed@nbafirm.com
                                            Texas State Bar No. 00797142
                                            **NELSON BUMGARDNER ALBRITTON P.C.**
                                            3131 West 7th Street, Suite 300
                                            Fort Worth, TX 76107
                                            Tel: (817) 377-9111

                                            Shawn A. Latchford
                                            shawn@nbafirm.com
                                            Texas State Bar No. 24066603
                                            **NELSON BUMGARDNER ALBRITTON P.C.**
                                            111 West Tyler Street
                                            Longview, Texas 75601
                                            Tel: (903) 757-8449
                                            Fax: (903) 758-7397

                                            **ATTORNEYS FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 31, 2019.

                                            */s/ Edward R. Nelson III*
                                            Edward R. Nelson III